**LAW OFFICES OF JOHN J. ZIDZIUNAS, LLC**
33 PLYMOUTH STREET, SUITE 202A
MONTCLAIR, NEW JERSEY 07042
TELEPHONE (973) 509-8500
FACSIMILE (973) 509-1770
Attorney for Plaintiff: Bangz, Inc.

**CLOSED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANGZ, INC., <br><br> PLAINTIFF, <br><br> VS. <br><br> SALON PELARDI, AFRODITE PELARDIS, XYZ CORPS. 1-10, and JOHN DOES 1-10, <br><br> DEFENDANTS. | Civil Action No.: 2:12-cv-04929-DMC-MF <br><br> **Civil action** <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** <br> (Fed.R.Civ.P. 55b) |

Pursuant to the within consent of the parties, and for good cause shown,

IT IS ON THIS __30th__ DAY OF __November__, 2012,

**ORDERED** that:

(1)  Plaintiff Bangz, Inc.'s Motion for Default Judgment is hereby granted;

(2)  Judgment is hereby awarded to Plaintiff, Bangz, Inc., in the amount of $95,000.00, against Defendants Salon Pelardi and Afrodite Pelardis, jointly and severally;

(3)  A copy of this order shall be served upon all counsel within __5__ days of receipt by the moving party.

_____
Dennis M. Cavanaugh  J.S.C.
U.S. District Judge

~~OPPOSED~~

~~UNOPPOSED~~