**LAW OFFICES OF JOHN J. ZIDZIUNAS, LLC**
33 Plymouth Street, Suite 202A
Montclair, New Jersey 07042
Telephone (973) 509-8500
Facsimile (973) 509-1770
Attorney for Plaintiff: Bangz, Inc.

**CLOSED**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANGZ, INC.,<br><br>PLAINTIFF,<br><br>VS.<br><br>SALON PELARDI, AFRODITE PELARDIS,<br>XYZ CORPS. 1-10, and JOHN DOES 1-10,<br><br>DEFENDANTS. | Civil Action No.: 2:12-cv-04929-DMC-MF<br><br>**Civil action**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION<br>FOR DEFAULT JUDGMENT**<br>(Fed.R.Civ.P. 55b) |

Pursuant to the within consent of the parties, and for good cause shown,

IT IS ON THIS __30th__ DAY OF __November__, 2012,

**ORDERED** that:

(1) Plaintiff Bangz, Inc.'s Motion for Default Judgment is hereby granted;

(2) Judgment is hereby awarded to Plaintiff, Bangz, Inc., in the amount of $95,000.00, against Defendants Salon Pelardi and Afrodite Pelardis, jointly and severally;

(3) A copy of this order shall be served upon all counsel within __5__ days of receipt by the moving party.

_____
Dennis M. Cavanaugh, J.S.C.
U.S. District Judge

~~OPPOSED~~

~~UNOPPOSED~~